**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | FILED: FEBRUARY 26, 2009 |
| | ) | 09CV1247 |
| ACCOUNT RECEIVABLE MANAGEMENT | ) | JUDGE LINDBERG |
| OF FLORIDA, INC., | ) | MAGISTRATE JUDGE NOLAN |
| | ) | BR |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, JOANNE EDWARDS ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA, INC. ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.    Defendant conducts business in the state of Illinois, and therefore, personal jurisdiction is established.

4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5.    Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**PARTIES**

6.      Plaintiff is a natural person residing in Oak Park, Cook County, Illinois.

7.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Defendant is a national company with its headquarters located in Jacksonville, Duval County, Florida.

10.     Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

11.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

12.     Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13.     Defendant failed to properly identify itself as a debt collector and that its communication was an attempt to collect on a debt. *See* transcript of voicemail left by Defendant, attached hereto as Exhibit A.

14.     Defendant contacted Plaintiff and failed to properly identify Defendant by its company name. *See* Exhibit A.

15.     Defendant failed to mail a written letter describing Plaintiff's rights with respect to the alleged debt within five (5) days of Defendant's initial communication with Plaintiff.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

16.    Defendant violated the FDCPA based on the following:

a.    Defendant violated §1692d(6) of the FDCPA by placing telephone calls to Plaintiff without meaningful disclosure or Defendant's identity because Defendant failed to state its company name and that it was a debt collector.

b.    Defendant violated §1692e(10) of the FDCPA by using deceptive means to attempt to collect a debt because Defendant placed calls to Plaintiff and did not identify itself or that it was a debt collector attempting to collect on a debt.

c.    Defendant violated §1692e(11) of the FDCPA by using failing to disclose in its initial communication with Plaintiff that it was a debt collector attempting to collect on a debt and that all information would be used for that purpose.

d.    Defendant violated §1692e(11) of the FDCPA by using failing to disclose in subsequent communications with Plaintiff that it was a debt collector and/or that it was attempting to collect on a debt.

e.    Defendant violated §1692g(a)(1-5) by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such

verification or judgment will be mailed to the consumer by the debt collector;

and (5) a statement that, upon the consumer's written request within the 30-

day period, the debt collector will provide the consumer with the name and

address of the original creditor, if different from the current creditor.

17.     As a direct and proximate result of one or more or all of the statutory violations

above Plaintiff has suffered emotional distress.  *See* Exhibit B.

**WHEREFORE,** Plaintiff, JOANNE EDWARDS, respectfully requests judgment be

entered against Defendant, ACCOUNT RECEIVABLE MANAGEMENT OF FLORIDA, INC.,

for the following:

a)    Declaratory judgment that Defendant's conduct violated the Fair Debt Collection
Practices Act;
b)    Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C.
1692k;
c)    Actual damages;
d)    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection
Practices Act, 15 U.S.C. 1692k; and
e)    Any other relief that this Honorable Court deems appropriate.


RESPECTFULLY SUBMITTED,

By: _/s/ Adam T. Hill_____
      Adam T. Hill
      KROHN & MOSS, LTD.
      120 W. Madison St., 10th Fl.
      Chicago, Illinois 60602
      Telephone:  312-578-9428
      Telefax:  866-802-0021
      ahill@consumerlawcenter.com
      Attorney for Plaintiff


**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, JOANNE EDWARDS, demands a jury trial in

this case.

## VERIFICATION OF FIRST AMENDED COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS )

Plaintiff, JOANNE EDWARDS, states the following:

1.   I am the Plaintiff in this civil proceeding.
2.   I have read the above-entitled civil First Amended Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.   I believe that this civil First Amended Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.   I believe that this civil First Amended Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the First Amended Complaint.
5.   I have filed this First Amended Complaint in good faith and solely for the purposes set forth in it.
6.   Each and every exhibit I have provided to my attorneys which has been attached to this First Amended Complaint is a true and correct copy of the original.
7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOANNE EDWARDS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

2/2-6/2009
_____
Date

_____
JOANNE EDWARDS

# EXHIBIT A

Thursday 02:11 PM

Message is for Joanne Edwards.  It is imperative that you
return a call to Ashley Randolph.  My contact number is
877-726-8505, extension 214.  Ashley Randolph.

Thursday 11:05 PM

This message is for Joanne Edwards.  It is imperative that
you or your legal representative return a call to Ashley
Randolph today.    My  contact  number  is  877-726-8505
extension 214.  Ashley Randolph.

Monday February 9, 01:01 PM

This message is for Joanne Edwards.  It is imperative that
you give me a call back today. _____ my number is 866-679-
4046 extension 204 call me back Joanne.

# EXHIBIT B

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1.  Sleeplessness — (YES) NO
2.  Fear of answering the telephone — (YES) NO
3.  Nervousness — (YES) NO
4.  Fear of answering the door — (YES) NO
5.  Embarrassment when speaking with family or friends — (YES) NO
6.  Depressions (sad, anxious, or "empty" moods) — (YES) NO
7.  Chest pains — (YES) NO
8.  Feelings of hopelessness, pessimism — (YES) NO
9.  Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — (YES) NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Constant fear that a Deputy with a summons or worst yet police officers at my home or job with an arrest warrant for these Debts._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _2/26/09_

_[signature]_
Signed Name

_JoAnne Edwam_
Printed Name